# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIE TAYLOR
also known as, Willie Erving Taylor, Jr

       Petitioner

  v.

                                                        Civil Action No. 3:23-cv-303

WARDEN,
Westville Correctional Facility

       Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: Petitioner Willie Taylor's Petition for Writ of Habeas Corpus is DENIED. The Court DENIES petitioner, Willie Taylor leave to proceed in forma pauperis on appeal.

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Jon E DeGuilio as to the Petition for Writ of Habeas Corpus.

DATE: 4/21/2023                              CHANDA J. BERTA, ACTING CLERK OF COURT

                                                    by   s/A. Highlen_____
                                                    *Signature of Clerk or Deputy Clerk*